United States District Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ELOISE LAVERNE HAYS, *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:17-CV-0603 |
| FREEDOM FINANCIAL, LLC, ET AL., *Defendants.* | § § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated November 10, 2021 and no objections having been filed thereto, the Court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (ECF 51) is hereby **ADOPTED** by this Court and the Intervenor's Motion for Summary Judgment (ECF 49) is **GRANTED**.

Accordingly, it is **ORDERED** that Intervenor Bank of New York Melon Trust Company, N.S., as Trustee for Mortgage Assets Management Series Trust (BONYM) is authorized to foreclose its lien on the property located at 3130 Dacca Drive, Houston, Texas in conjunction with all other regularly scheduled non-judicial foreclosure sales on the first Tuesday of the month, in accordance with the provisions of Texas Property Code § 51.002(a). It is further **ORDERED** that BONYM shall file an application for an award of attorneys' fees and a proposed Final Judgment within 14 days of completion of the foreclosure sale.

**SIGNED** at Houston, Texas this **2nd** day of December, 2021.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE